# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| VALERIANO ARELLANO-HERNANDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. |
| v. ) | 4:14-cv-01481-AKK-JEO |
| ) | |
| SCOTT HASSELL et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Valeriano Arellano-Hernandez ("petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1).  The magistrate judge assigned to this case filed his Report and Recommendation on April 9, 2015, recommending that the petition for writ of habeas corpus be dismissed without prejudice.  (Doc. 5).  The petitioner has not objected.

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice.  An appropriate order will be entered.

**DONE**, this the 8th Day of May, 2015

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE